IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HANS SCHELL,
        Plaintiff,

-vs-

DISCOVER CARD SERVICES, INC.,
        Defendant.

CAUSE NO.:
A-17-CA-00106-SS

**ORDER**

BE IT REMEMBERED on this day there was presented to the Court the Notice of Withdrawal of Complaint and Voluntary Dismissal [#7] filed by the plaintiff in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Notice of Withdrawal of Complaint and Voluntary Dismissal [#7] is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice.

SIGNED this the _____ day of May 2017.

_____
UNITED STATES DISTRICT JUDGE